LOUIS MANTEGAZZA, as Administrator, etc., of ALFRED MANTEGAZZA, Deceased, Appellant, v. MARY E. POWERS and Others, Individually and as Executors, etc., and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BOX BOARD & LINING COMPANY, INC., Respondent, v. EAGLE PAPER BOX COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HAROLD VANDERHYDE, an Infant, by CHRISTIAN VANDERHYDE, His Guardian ad Litem, Appellant, v. SOUTHFIELD BEACH RAILROAD COMPANY, Respondent.— Judgment reversed and order modified by granting new trial, with costs to appellant to abide event. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES THATCHER, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE CITY OF NEW YORK, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM G. FARR, Appellant, v. THE NEW YORK HERALD COMPANY and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ELIZABETH SHANNON and Another, as Administratrices, etc., of MICHAEL McDERMOTT, Deceased, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LUSONRAY HOLDING COMPANY, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM OLECK, Respondent, v. ALEXANDER H. DEBSKI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CORA MATILDA SEMMES RANLETT, as Executrix, etc., of ALBERT SIDNEY RANLETT, Deceased. CORA MATILDA SEMMES RANLETT, as Executrix, etc., of ALBERT SIDNEY RANLETT, Deceased, Appellant, v. EDWARD SHEARSON and Others, Copartners, etc., Respondents.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM M. CRUIKSHANK and Another, Appellants, v. CRESTON AVENUE BAPTIST CHURCH, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HARRY G. COWEN and Another, Respondents, v. REGINALD W. PRESSPRICH and Others, Appellants.— Determination appealed from and judgment of the Municipal Court reversed, with costs to the appellants in this court and in the Appellate Term, and judgment ordered for defendants dismissing the complaint, with costs, upon the dissenting opinion of Lehman, J., at the Appellate Term. [Reported in 117 Misc. Rep. 663, 676.] Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.